UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BEV ORR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-3661** |
| **J. P. MORGAN CHASE BANK** | **SECTION "C" (2)** |

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections of the plaintiff, finds that the above-captioned case does not appear to be duplicative of the plaintiff's earlier lawsuit. Therefore the report and recommendation of the United States Magistrate Judge is rejected.

New Orleans, Louisiana, this 15th day of September, 2008.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE